**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| R. DAVID AND SHERRI P. MITCHELL | : No. 534 MAL 2021 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| MEGILL HOMES, INC., MEGILL HOMES, LLC.,MISTY MEADOWS HOMES, INC., WAYNE C. MEGILL, SCOTT M. MEGILL, AND BARBARA A. MEGILL | : : : : |
| | : |
| | : |
| PETITION OF: MISTY MEADOWS HOMES, INC., AND MEGILL HOMES, INC. | : : |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 8th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.